UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darryl Davis,

    Petitioner,

v.                                         ORDER
                                            Crim. No. 15-137 (MJD)

United States of America,

    Respondent.

---

This matter is before the Court on Petitioner's motion for a judicial recommendation for twelve months of RRC placement. Based on the files, record and proceedings herein, including Petitioner's failure to successfully complete the BOP's RDAP program,

IT IS HEREBY ORDERED that Petitioner's Motion for a Judicial Recommendation [Doc. No. 58] is DENIED.

Date: September 12, 2019

                                           /s Michael J. Davis
                                           Michael J. Davis
                                           United States District Court